1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6
7  ANDREW S. FONFA,                      )
                                         )
8                         Plaintiff,     )    Case No.  2:10-cv-01120-JCM-GWF
                                         )
9  vs.                                   )    **ORDER OF RECUSAL**
                                         )
10 FEDERAL DEPOSIT INSURANCE             )
   CORPORATION, as Receiver for and     )
11 Successor-in-interest to COMMUNITY    )
   BANK OF NEVADA,                       )
12                                       )
                          Defendant.     )
13 _____)

   The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

   Based on the foregoing and good cause appearing therefor,

   **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

   DATED this 27th day of January 2011.

                                              _____
                                              GEORGE FOLEY, JR.
                                              U.S. MAGISTRATE JUDGE